IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:03cr28-SPM

CLARENCE F. HOOKS,

         Defendant.
_____/

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

        This cause comes before the Court upon the Motion for Issuance of a Writ

of Mandamus Pursuant to Title 28 U.S.C. § 1361 filed by Clarence F. Hooks.

Doc. 42.  Hooks asks that the Court compel the Government to evaluate his

assistance to the Government for purposes of filing a substantial assistance

motion.

        Hooks believes that he has provided substantial assistance and contends

that the Government's failure to file a substantial assistance motion on his behalf

shows that Government failed to evaluate his assistance.  The Government,

however, retained discretion not to file a substantial assistance motion, so the

lack of a motion does not necessarily mean that the Government failed to

evaluate Hooks' assistance.  As explained in a previous order (doc. 41), a

defendant's claim that he provided substantial assistance is not sufficient to

trigger review of a prosecutor's refusal to file a substantial assistance motion.

Wade v. United States, 504 U.S. 181, 186 (1992).

"The party seeking mandamus has the burden of demonstrating that its right to issuance of the writ is clear and indisputable."  In re BellSouth Corp., 334 F.3d 941, 953 (11th Cir. 2003).  The action sought to be compelled must be a clear, nondiscretionary duty and the party must exhaust all other avenues of relief.  Cash v. Barnhart, 327 F.2d 1252, 1258 (11th Cir. 2003).  In this case, there is no basis to conclude that the Government failed to properly evaluate Hooks' assistance to the Government.  Accordingly, it is

ORDERED AND ADJUDGED: the motion for issuance of writ of mandamus (doc. 42) is denied.

DONE AND ORDERED this 7th day of October, 2008.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

CASE NO.: 4:03cr28-SPM