IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:03cr28-SPM

CLARENCE F. HOOKS,

       Defendant.
_____/

**ORDER DENYING RECONSIDERATION OF MANDAMUS PETITION**

This cause comes before the Court upon Defendant Hooks' Motion for Reconsideration (doc. 44) of the Order Denying Petition for Writ of Mandamus (doc. 43).  To trigger review of the Government's failure to file a substantial assistance motion, a defendant must make a "substantial threshold showing" of unconstitutional motive.  United States v. McNeese, No. 08-10093, 2008 WL 4764804 (11th Cir. Nov. 3, 2008).  Defendant has not made a substantial threshold showing.   Nor has Defendant demonstrated that his "right to issuance of the writ is clear and indisputable,"  In re BellSouth Corp., 334 F.3d 941, 953 (11th Cir. 2003), and that he has exhausted all other avenues of relief.  Cash v.

<u>Barnhart</u>, 327 F.2d 1252, 1258 (11th Cir. 2003).  Accordingly, it is

ORDERED AND ADJUDGED: the Motion for Reconsideration (doc. 44) is denied.

DONE AND ORDERED this 11th day of December, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

CASE NO.: 4:03cr28-SPM